**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| ARIEL ENRIQUE LEIVA MONTENEGRO | CIVIL ACTION NO. 26-2215 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN RICHWOOD CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge, noting no objections were filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner Ariel Enrique Leiva Montenegro's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE